7

H. C. OWENS v. STATE. (No. 10672.)

(Court of Criminal Appeals of Texas. Jan. 12, 1927.) Appeal from District Court, Taylor County; W. R. Ely, Judge. Ben L. Cox, of Abilene, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Taylor county of possessing intoxicating liquor for purposes of sale; punishment, two years in the penitentiary. Appellant files with the record in this case his sworn application, asking that the appeal herein be dismissed.

The request is granted, and the appeal is dismissed in accordance therewith.